**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Donny Miles, Sr
Debtor

Case No.: 18–30496
Chapter: 13

ENTERED
01/08/2019

**ORDER APPROVING CHAPTER 13 PLAN MODIFICATION**
**AND VALUING COLLATERAL PURSUANT TO 11 U.S.C. § 506**

1. The Court has considered the Debtor(s)' chapter 13 plan modification that was proposed on 11/19/18.

2. All objections to the plan modification have been withdrawn or overruled.

3. The Court has determined that the plan modification meets all of the requirements of §1329 of the Bankruptcy Code.

4. Notwithstanding any estimate of the amount of a general or priority unsecured claim contained in the plan modification or in an order of the Court, the actual amount payable on priority claims will be the Allowed Amount of the priority claim and the actual proration for distribution on general unsecured claims will be based on actual Allowed Amounts of general unsecured claims.

5. The value of the collateral for secured claims is in the amount set forth in the plan modification.

6. The plan modification is approved.

Signed and Entered on Docket: 1/8/19.

_____
Jeffrey P. Norman
United States Bankruptcy Judge